# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE HARADA, <br><br> Defendant. | No. CV-11-45-GF-SEH <br><br> **ORDER** |

On August 24, 2016, the United States requested the Defendant Michelle Harada (Harada) to produce the following documents on or before September 15, 2016:

1. Full and complete copies of your state and federal income tax returns and your W-2's for the past three (3) years filed by you and any business in which you owned an interest, or evidence of request to Internal Revenue Service for filing of extension.

2. Current bank statements for the past (12) months from all domestic and foreign banks or other financial institutions where you or your spouse have an account of any kind.

3. Copies of any title to any motor vehicle or other titled property owned by you or your spouse.

4. VA Disability Distribution Letter.[1]

No documents were provided by Harada in response to the requests by September 15, 2016, or at all.

ORDERED:

1. Defendant Harada shall have to and including **October 14, 2016**, in which to serve upon the United States and provide to the Court true and complete copies of each and all of the documents described in paragraph 1-4 above.

2. Failure or refusal of Defendant Harada to fully comply with this Order will, without exception, result in issuance of an order of contempt of court directed to her for such failure or refusal to comply.

FURTHER ORDERED:

The Defendant forthwith shall be personally served with this Order by the United States Marshal Service.

DATED this 5th day of October, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 46-1.