IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION



FILED

OCT 11 2016

Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CV-11-45-GF-SEH |
| vs. | ORDER |
| MICHELLE HARADA, | |
| Defendant. | |

The Court has received confirmation that discovery ordered by the Court has been provided.[1]

ORDERED:

The order to show cause is DISCHARGED.

DATED this 11th day of October, 2016.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[1] Doc. 48.